IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| VERONICA HEADS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIV. ACT. NO. 1:20-cv-284-TFM-M |
| ) | |
| PARADIGM INVESTMENT GROUP, LLC, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Before the court is the Parties' *Joint Stipulation of Dismissal* (Doc. 11, filed August 23, 2021) in which the appearing parties jointly agree to dismiss all claims against Defendants with prejudice. The Rules of Civil Procedure permit a plaintiff to voluntarily dismiss the action without an order of the court "by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment" or "a stipulation signed by all parties who have appeared." FED. R. CIV. P. 41(a)(1)(A)(i)–(ii).

Here, the joint stipulation is signed by all parties who have appeared in the case. *See* Doc. 11. Consequently, by operation of Fed. R. Civ. P. 41(a)(1)(A)(ii), this action has been dismissed in accordance with the joint stipulation. Therefore, this case is dismissed with prejudice with each party to bear their own attorneys' fees and costs.

The Clerk of the Court is **DIRECTED** to close this case.

**DONE** and **ORDERED** this 24th day of August, 2021.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE